

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Charles Kelly Carroll,

\* From the 213th District Court
of Tarrant County,
Trial Court No. 1753159.

Vs. No. 11-24-00120-CR

\* August 29, 2025

The State of Texas,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.